AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

UBANK, a Texas state-chartered financial institution

*Plaintiff(s)*

v.

ESTEFANIA GASPARINI LAMONDIN, an individual and LUIS GASPARINI, Sr., an individual,

*Defendant(s)*

Civil Action No. 1:26-cv-26893

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESTEFANIA GASPARINI LAMONDIN
2050 N HIBISCUS DR
MIAMI, FL 33181

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EPGD Attorneys at Law, P.A.
Attn: Sarah Denis
777 SW 37th Ave, Ste 510
Miami, FL 33135
sarah@epgdlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*