# **Exhibit "4"**

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFIC

Return to: (enclose self-addressed stamped envelope)
Name: Alejandro Nunez, P.A.
Address: 250 GIRALDA AVENUE
CORAL GABLES, Fl. 33134

This Instrument Prepared by: Alejandro Nunez, Esq.
Address: Alejandro Nunez, P.A.
250 GIRALDA AVENUE
CORAL GABLES, Fl. 33134

QUIT-CLAIM DEED

CFN 2006R0221964
OR Bk 24281 Pgs 4472; (1pgs)
RECORDED 03/02/2006 09:18:41
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Property Appraisers Parcel Identification (Folio) Number(s): 01 4139-082-0710
Grantee(s) S.S. #(s):

SPACE ABOVE THIS LINE FOR PROCESSING DATA ________ SPACE ABOVE THIS LINE FOR RECORDING DATA

**This Quit-Claim Deed,** *Executed this 01 day of February, A.D. 2006, by* ***LUIS GASPARINI a married man,*** *Grantor, to* ***EURO EXCHANGE CORP.****, a Florida Corporation, whose post office address is* ***1717 N. BAYSHORE DR. SUITE 129, MIAMI, FLORIDA 33132*** *Grantee:*

(Wherever used herein the terms "first party" and "second party" shall include singular and plural, heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires.)

**Witnesseth.** *that the said first party, for and in consideration of the sum of $ 10.00 in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party, forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of* ***MIAMI-DADE****, State of* ***FLORIDA****, to-wit:*

**UNIT No. 802, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 22571, PAGE 3837, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA.**

**SUBJET TO: 1) Conditions, restrictions, limitations, easements and zoning ordinances, if any, but reference hereto shall not serve to reimpose same. 2) Taxes and Assessments for the current and subsequent years. 3) This Property is not, nor has it ever been, nor is it contiguous to the Homestead of the Grantor herein. Grantor Further States that he resides at: 1717 N. BAYSHORE DRIVE, APT. A 3051, MIAMI, FL 33132.**

**To Have and to Hold** *The same together with all and singular the appurtenances thereunto belonging on in anywise appertaining, and all the estate, right, title, interest lien, equity and claim whatsoever of the said first party, either in law or equity, to the only proper use, benefit and be hoof of the said second party forever.*

**In Witness Whereof,** *The said first party has signed and sealed these presents the day and year first above written.*

Witness Signature
Verelis Puig
Printed Name

Witness Signature
Aindre Leon
Printed Name

Grantor Signature
***LUIS GASPARINI***
Printed Name
**1717 No. BAYSHORE DRIVE. APT. A 3051, MIAMI, FL 33132.**
Post Office Address

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

The foregoing instrument was acknowledged before me this **01** day of **February, 2006**, by **LUIS GASPARINI**, who is personally known to me or who have produced a ______________ as identification and did take an oath.

Verelis C. Puig
Commission # DD264676
Expires: Nov. 4, 2007
Aaron Notary
1-800-350-5161

NOTARY PUBLIC:

Print Name: Verelis Puig

My Commission Expires: Nov 4, 2007

State of Florida at Large (Seal)

Q-deed