# Exhibit "7"

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS -

CFN 2016R0681800
OR BK 30323 Pgs 508-509 (2Pgs)
RECORDED 11/29/2016 10:21:25
DEED DOC TAX $0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

Property Folio Number: 01-4139-082-0710

# QUIT-CLAIM DEED

This Quit-Claim Deed is executed this 23 day of November, 2016 by GIANCARLO GASPARINI, **a single man**, whose address is 1331 Brickell Bay Drive, Miami, FL 33131 ("Grantor") in favor of LUIS GASPARINI whose address is 242 NE 1st Street Miami, FL 33132 ("Grantee").

WITNESSETH, that the Grantor, for and in consideration of the sum of $10.00 in hand paid by the Grantee, the receipt whereof is hereby acknowledged and the assumption of liabilities on the recorded of record property, does hereby remise, release and quit-claim unto Grantee forever, all the right, title, interest, claim and demand which the Grantors have in and to the following described lot, piece or parcel of land situated, lying and being in the County of Miami-Dade County, Florida, to wit:

Jade Residences at Brickell Bay Condo

Unit 802

Undiv. 0.23596% interest in common elements

OFF Rec 22571-3837

COC 26192-4849 01 2008 5

Property Folio Number: 01-4139-082-0710

Property Address is: 1331 Brickell Bay Drive

Apt 802

Miami, FL 33131

**TO HAVE AND TO HOLD** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS -



and claim whatsoever of the Grantors, either in law or equity, for the use, benefit and profit of the Grantee forever.

**IN WITNESS WHEREOF**, the Grantors have signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
In the presence of:

Signature: ____________

Print Name: Emilia V. Roque

Signature: Natalie Fundora

Print Name: Natalie Fundora

Giancarlo Gasparini

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

*I HEREBY CERTIFY* that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared Giancarlo Gasparini, known to me to be the person described in and who acknowledged before me that he freely and voluntarily executed the foregoing instrument, that I relied upon the following form (s) of identification of the above-named person: Personally Known.

*WITNESS* my hand and official seal in the County and State last aforesaid this 23rd day of November, 2016.
My Commission Expires:

DIRK LORENZEN
MY COMMISSION # GG 021312
EXPIRES: August 15, 2020
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC, STATE OF FLORIDA

Dirk Lorenzen
Typed or Printed Name of Notary Public

STATE OF FLORIDA
THIS INSTRUMENT WAS PREPARED BY:
***Dirk Lorenzen, Esq.***
150 Alhambra Cir. Suite 1220
Coral Gables, FL 33134