**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-CV-26893**

UBANK, a Texas state-chartered
financial institution,

Plaintiff,

v.

ESTEFANIA GASPARINI LAMONDIN,
an individual and LUIS GASPARINI, Sr.,
an individual,

Defendants.
_______________________________________________/

# NOTICE OF LIS PENDENS

**TO: DEFENDANTS, ESTEFANIA GASPARINI LAMONDIN, AN INDIVIDUAL, AND LUIS GASPARINI, SR., AN INDIVIDUAL, ANY TENANTS OR OTHERS IN POSSESSION AND ALL OTHERS WHOM IT MAY CONCERN:**

**YOU ARE HEREBY NOTIFIED** that the above-named Plaintiff has filed a Complaint against the above-named Defendants on October 1, 2026, Case No. 1:26-cv-26893, pending in the United States District Court for the Southern District of Florida, which action seeks, *inter alia*, relief as to the real property stated below.

The description of the property is as follows: **1331 Brickell Bay Drive, 802, Miami, Florida 33131,** situated, lying, and being in Miami-Dade County, Florida, to wit:

> **UNIT NO. 802, JADE RESIDENCES AT BRICKELL BAY CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 22571, PAGE 3837, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA.**
>
> **FOLIO NUMBER: 01-4139-082-0710**


**EPGD ATTORNEYS AT LAW, P.A.**
777 SW 37th Ave, Fifth Floor, Miami, Florida 33135 • T: (786) 837-6787 | F: (305) 718-0687 • www.epgdlaw.com

This Notice of Lis Pendens is filed in accordance with applicable law, including Florida Statutes § 48.23, to give notice of the pendency of the above-styled federal action and the claims asserted by Plaintiff regarding an interest in the referenced real property. This Notice is intended to place all interested parties on notice and to preserve the status of the property pending resolution of this litigation.

Dated: October 1, 2026.

Respectfully submitted,

EPGD ATTORNEYS AT LAW, P.A.
*Attorneys for UBank*
777 SW 37th Ave. Ste. 510
Miami, FL 33135
T: (786) 837-6787
F: (305) 718-0687
sarah@epgdlaw.com

BY: *<u>/s/ Sarah Denis</u>*
Sarah Denis, Esq.
Florida Bar No.: 1010695

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: *<u>/s/ Sarah Denis</u>*
Sarah Denis, Esq.
Florida Bar No.: 1010695