**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:26-CV-26893**

UBANK, a Texas state-chartered financial institution,

Plaintiff,

v.

ESTEFANIA GASPARINI LAMONDIN, an individual,
and LUIS GASPARINI, Sr., an individual,

Defendants.
_______________________________________________/

**NOTICE OF RELATED CASES**

In accordance with Southern District of Florida Local Rule 3.8 and the District Court's Internal Operating Procedure, Section 2.15.00, Plaintiff, UBANK, a Texas state-chartered financial institution, ("UBank" or "Plaintiff"), hereby files this Notice of Related Cases.

An action entitled *UBank v. Giancarlo Gasparini and Luis Gasparini et. al*, Case No. 1:25 cv-22594-BB is currently pending in the Southern District of Florida, Miami Division before the Honorable Beth Bloom (the "Related Action"). *See Case No. 1:25 cv-22594-BB*, D.E. 97. Some of the claims in this action arise from the same or closely related transactions, happenings or events, and/or may call for determinations of the same or closely related questions of law and fact as those in the Related Action. Specifically, in connection with the Related Action, UBank seeks a money judgment and related relief against Defendant, Luis Gasparini, Sr. a/k/a Luis Gasparini ("Gasparini Sr.") arising, in part, from the alleged fraudulent transfer of certain ownership interests held by Gasparini Sr. in Euro Exchange Corporation, a Florida corporation. The instant action concerns Gasparini Sr.'s subsequent transfer of real property located in Miami-Dade County, Florida (the "Property") to Defendant, Estefania Gasparini Lamondin ("Estefania") who, upon

information and belief, is Gasparini Sr.'s daughter. At the time of the transfer, Gasparini Sr. was a debtor within the meaning of Fla. Stat. § 726.102, and the Property had an estimated fair market value of at least $865,000 to $895,600. Plaintiff alleges that Gasparini Sr. transferred the Property to Estefania to hinder, delay, or avoid UBank's ability to collect on any judgment entered against Gasparini Sr. in the Related Action and to place the Property beyond the reach of his creditors. Accordingly, because the instant action and the Related Action involve overlapping parties and closely related transactions, facts, and legal issues concerning the alleged fraudulent transfer of Gasparini Sr.'s assets and UBank's efforts to recover amounts owed by Gasparini Sr., UBank provides notice of the Related Action pursuant to Southern District of Florida Local Rule 3.8 and Section 2.15.00 of the District Court's Internal Operating Procedure.

Dated: October 1, 2026.

Respectfully submitted,

EPGD ATTORNEYS AT LAW, P.A.
*Attorneys for UBank*
777 SW 37th Ave. Ste. 510
Miami, FL 33135
T: (786) 837-6787
F: (305) 718-0687
sarah@epgdlaw.com

BY: */s/ Sarah Denis*
Sarah Denis, Esq.
Florida Bar No.: 1010695

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY: */s/ Sarah Denis*
Sarah Denis, Esq.
Florida Bar No.: 1010695