**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-26893-JB**

UBANK,

Plaintiff,

v.

LUIS GASPARINI , SR., *et al.*,

Defendants.
_______________________________________/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to the instant case being intertwined with issues raised in Case No. 25 cv-22594-BB, and subject to the consent of the Honorable Beth Bloom, it is hereby **ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Judge Bloom for all further proceedings.

**DONE AND ORDERED** in Miami, Florida this 2nd day of October, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case. Therefore, it is **ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **26-cv-26893-BB**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers this 5th day of October, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**